UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN A. SULLIVAN, | ) | No. ED CV 11-1607-PJW |
| | ) | |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the Agency's decision is reversed and the case is remanded to the Agency for the calculation and payment of benefits, consistent with this Memorandum Opinion and Order.

DATED: <u>September 7, 2012</u>.

*/s/ Patrick J. Walsh*
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\SULLIVAN, 1607\Judgment.wpd